UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTACHIA ROMERO, et al., | Case No. 26-cv-02271-JD |
| Plaintiffs, | |
| v. | **ORDER RE REMAND** |
| DIGNITY HEALTH, et al., | |
| Defendants. | |

With the parties' agreement, the case is remanded to the Superior Court of California, City and County of San Francisco for lack of subject matter jurisdiction. *See* 28 U.S.C. Section 1447(c).

**IT IS SO ORDERED.**

Dated: June 29, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California